

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-14-00055-CV

**IN RE WEATHERFORD INTERNATIONAL, INC., PRECISION
ENERGY SERVICES, INC., WEATHERFORD US, L.P., AND
WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC.**

**Original Proceeding**

**MEMORANDUM OPINION**

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed April 24, 2014
[OT06]